UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHERINE GRIFFIN,

    Plaintiff,

v.                                                   4:19cv497–WS/MAF

ANDREW SAUL, Commissioner
of Social Security,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 27) docketed April 14, 2020. The magistrate judge recommends that Plaintiff's motion to remand (ECF No. 21) the case to the Commissioner be GRANTED. Defendant has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 27).

2. Plaintiff's motion (ECF No. 21) to remand is GRANTED.

3. This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4. This case shall remain open. The court retains jurisdiction over the action for further proceedings should they be necessary.

5. The parties shall file status reports every 120 days to inform the court of the status of proceedings below. If this matter is resolved by final decision or agreement of the parties, the parties shall advise the court immediately.

DONE AND ORDERED this __14th__ day of __May__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE