IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHERINE GRIFFIN,

    Plaintiff,

v.                                                               4:19cv497–WS/MAF

ANDREW W. SAUL, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 34) docketed June 4, 2021. The magistrate judge recommends that the Commissioner's decision to grant Plaintiff's application for social security disability benefits be affirmed.

Having reviewed the matter, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 34).

2. The Commissioner's motion (ECF No. 33) to reopen and affirm the Commissioner's decision and for entry of judgment is GRANTED.

3. The Commissioner's decision to grant Plaintiff's application for benefits is AFFIRMED.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this   1st    day of    July   , 2021.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE